ORIGINAL

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtor

6

7

**FILED**

MAY – 5 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

8              UNITED STATES BANKRUPTCY COURT
9               NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
10

11  In Re:                          )  Chapter 13
                                    )
12  LINDA F TERRY                   )  Case No. 05-56168 ASW
                                    )
13                                  )  **NOTICE OF UNCLAIMED DIVIDEND**
                                    )
14              Debtor              )
                                    )
15  _____)

16  TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

17      Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above
    referenced case hereby turns over to the Court, Check # 2489545 for an unclaimed dividend
18  in the amount of $8.99.  The name and address of the claimant entitled to the unclaimed
19  dividend is as follows;

20              LINDA F TERRY
                ***MAIL RET'D 11/10***
21              145 WABASH AVE
                SAN JOSE, CA 95128
22

23

24  Dated: May 03, 2011         _____
25                                  DEVIN DERHAM-BURK, TRUSTEE

26

27

28